UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2015 ★
BROOKLYN OFFICE

---------------------------------------------------------x
D. JOSEPH KURTZ, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

KIMBERLY-CLARK CORPORATION &
COSTCO WHOLESALE CORPORATION,

       Defendants.
---------------------------------------------------------x
ANTHONY BELFIORE, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

 -against-

THE PROCTER & GAMBLE COMPANY,

       Defendant.
---------------------------------------------------------x
DESMOND R. ARMSTRONG, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

 -against-

COSTCO WHOLESALE CORPORATION &
NICE-PAK PRODUCTS, INC.,

       Defendants.
---------------------------------------------------------x

**ORDER**

**14-CV-1142**

**14-CV-4090**

**15-CV-2909**



```
―――――――――――――――――――――――x
GLADYS HONIGMAN, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,              15-CV-2910

        -against-

KIMBERLY-CLARK CORPORATION,

                    Defendant.
―――――――――――――――――――――――x
STEVEN and ELLEN PALMER, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiffs,             15-CV-2928

        -against-

CVS HEALTH &
NICE-PAK PRODUCTS, INC.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JACK B. WEINSTEIN, Senior United States District Judge:**

A hearing, in 14-cv-1142 and 14-cv-4090, on the technology underlying "flushable wipes" is scheduled for June 9, 2015. The request to reschedule the hearing is respectfully referred to the magistrate judge, who shall consult with case coordinator June Lowe to set the earliest date practicable.

On the date and time so set, counsel in the above captioned latter three cases (15-cv-2909, 15-cv-2910, 15-cv-2928) shall appear to discuss with the court the administration of their cases.

Argument on the motions for class certification in 14-cv-1142 and 14-cv-4090 is set for July 13, 2015. The magistrate judge shall arrange to adjourn that hearing, if necessary, to the

earliest date practicable, taking into account any rescheduling of the hearing currently set for June 9, 2015.

SO ORDERED.

_____
Jack B. Weinstein
Senior United States District Judge

May 28, 2015
Brooklyn, New York