UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
D. JOSEPH KURTZ, Individually and on
Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

KIMBERLY-CLARK CORPORATION &
COSTCO WHOLESALE CORPORATION,

                      Defendants.
----------------------------------------------------------x
ANTHONY BELFIORE, Individually and on
Behalf of All Others Similarly Situated,

                      Plaintiff,

    -against-

THE PROCTER & GAMBLE COMPANY,

                      Defendant.
----------------------------------------------------------x
DESMOND R. ARMSTRONG, Individually and on
Behalf of All Others Similarly Situated,

                      Plaintiff,

    -against-

COSTCO WHOLESALE CORPORATION &
NICE-PAK PRODUCTS, INC.,

                      Defendants.
----------------------------------------------------------x

ORDER

14-CV-1142

14-CV-4090

15-CV-2909

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2015 ★
BROOKLYN OFFICE

```
─────────────────────────────────────── x
GLADYS HONIGMAN, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,              15-CV-2910

        -against-

KIMBERLY-CLARK CORPORATION,

                    Defendant.
─────────────────────────────────────── x
STEVEN and ELLEN PALMER, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiffs,             15-CV-2928

        -against-

CVS HEALTH &
NICE-PAK PRODUCTS, INC.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JACK B. WEINSTEIN**, Senior United States District Judge:

The request in the letter dated May 22, 2015 in 14-cv-1142 is respectfully referred to the magistrate judge for expeditious decision. *See* ECF No. 140; *cf.* Court Order of May 28, 2015 (authorizing change of hearing date).

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

May 28, 2015
Brooklyn, New York