# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Kurtz / Honigman ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-cv-01142-PKC-RML; |
| Kimberly-Clark Corporation, et al. ) | 2:15-cv-02910-PKC-RML |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Theodore H. Frank .

Date: 08/16/2022

/s/ Anna St. John
*Attorney's signature*

Anna St. John
*Printed name and bar number*

Hamilton Lincoln Law Institute
1629 K St. NW Suite 300
Washington, DC 20005
*Address*

anna.stjohn@hlli.org
*E-mail address*

(917) 327-2392
*Telephone number*

*FAX number*