UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. JOSEPH KURTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION, et al.,<br><br>                      Defendants. | Civil Action No. 1:14-cv-01142-PKC-RML<br><br>CLASS ACTION |
| GLADYS HONIGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>                      Defendant. | Civil Action No. 2:15-cv-02910-PKC-RML<br><br>CLASS ACTION |

**NOTICE OF APPEAL**

Notice is hereby given that objecting class member Theodore H. Frank hereby appeals to the United States Court of Appeals for the Second Circuit from the Amended Memorandum & Order entered in this action on January 17, 2024, as docket number 474 in *Kurtz v. Kimberly-Clark Corporation*, No. 1:14-cv-01142, and docket number 1382 in *Honigman v. Kimberly-Clark Corporation*, No. 2:15-cv-02910, and all opinions and orders that merge therein. *Cf.* Fed. R. App. Proc. 4(a)(2); Fed. R. App. Proc. 4(a)(7).

Dated: February 16, 2024

                                            /s/ *Anna St. John*
                                            Anna St. John
                                            HAMILTON LINCOLN LAW INSTITUTE
                                              CENTER FOR CLASS ACTION FAIRNESS
                                            1629 K St. NW, Suite 300
                                            Washington, DC 20006
                                            Phone: (917) 327-2392
                                            Email: anna.stjohn@hlli.org
                                            *Attorney for Objector Theodore H. Frank*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing via the CM/ECF system for the Eastern District of New York, thus sending a copy to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: February 16, 2024

/s/ *Anna St. John*
Anna St. John